UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR AURORA ADELA GAROIAN | No. CV 14-8876 PA<br>USBC Central District of California<br>Los Angeles, 2:10-bk-20883-RK<br>2:12-ap-01419-RK |
| TIMOTHY YOO,<br>      Plaintiff,<br>      v.<br>EDWARD GAROIAN, et al.,<br>      Defendants. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES BANKRUPTCY JUDGE |

Pursuant to 28 U.S.C. § 157, the Court has reviewed all of the records herein and the Report and Recommendation of the United States Bankruptcy Judge. The parties did not file objections to the Report and Recommendation.

The Court concurs with and accepts the findings, conclusions and recommendations of the Bankruptcy Judge.

IT IS ORDERED that Judgment shall be entered in favor of Plaintiffs and against Defendants.

DATED: February 9, 2015

_____
Percy Anderson
United States District Judge

cc: **Bankruptcy Court**