JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR AURORA ADELA GAROIAN | No. CV 14-8876 PA<br>USBC Central District of California<br>Los Angeles, 2:10-bk-20883-RK<br>2:12-ap-01419-RK |
| TIMOTHY YOO,<br>      Plaintiff,<br>   v.<br>EDWARD GAROIAN, et al.,<br>      Defendants. | JUDGMENT |

In accordance with the Court's February 9, 2015 order adopting the Report and Recommendation of the Bankruptcy Court, it is hereby ORDERED, ADJUDGED, AND DECREED that the following transfers are avoided:

1. Lot 1345 of Tract No. 6312-024-020 and 6312-024-022 (the "Office Building") to Edward Garoian;

2. $47,500 to Edward Garoian;

3. Daniel Garoian's dental practice (the "Dental Practice") to Gary Corp.;

4. $31,950 to Gary Garoian;

5. $67,930 to Gary Garoian.

. . . .

. . . .

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Edward Garoian and Gary Corp. shall account for the expenses and income generated by the Office Building and Dental Practice, respectively.

DATED: February 9, 2015

**JS-6**

                                                      Percy Anderson
                                UNITED STATES DISTRICT JUDGE

cc: **Bankruptcy Court**